Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223
(702)202-2003

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH LATHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLPATH, LLC, fka ) <br> Correct Care Solutions, ) <br> LLC, a Foreign Limited ) <br> Liability Company, ) <br> licensed to do business ) <br> in Nevada, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:21-cv-01434-GMN-VCF |

**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**
**SUBMITTED IN COMPLIANCE WITH LR 26(1)(b)**

The parties hereto, by and through their undersigned counsel, conferred on November 3, 2021, as required by Rule 26(f) of the Federal Rules of Civil Procedure and hereby stipulate the following may constitute the discovery plan and scheduling order in this matter pursuant to LR 26-1(e) and Fed. R. Civ. P. 26(f).

**LOCAL RULE 26-1(e) INFORMATION**

1. **Discovery cut-off date:** The Parties request the standard 180 day discovery period from the date Defendant's Answer to the Amended Complaint is due, November 15, 2021. Accordingly, the Parties request until and including May 9, 2022, to complete discovery in this case.

2. **Amendment of pleadings and addition of parties:** Unless otherwise provided and ordered by the Court, the date for filing motions to amend the pleadings shall be ninety (90) days prior to the close of discovery. Such motions shall be filed by February 8, 2022.

3. **Expert Witnesses:** Disclosure of expert witnesses shall be made sixty (60) days before the discovery cut-off date. Disclosures respecting rebuttal experts shall be made thirty (30) days after the initial disclosure of experts. Disclosure of expert witnesses shall be made pursuant to Fed.R.Civ.P. 26(a)(2) by March 10, 2022. Rebuttal experts shall be disclosed by April 11, 2022.

4. **Dispositive Motions:** Dispositive motions shall be filed not later than thirty (30) days after discovery cut-off date. These motions shall be filed by June 8, 2022.

5. **Pretrial Order:** The joint pretrial order shall be filed not later than thirty (30) days after the date set for filing dispositive motions. The joint pretrial order shall be filed by July 8, 2022, unless a dispositive motion has been filed. In that event, the date of filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or further order of the Court.

6. **Extension of Discovery:** All motions or stipulations to extend discovery must be received by the Court not later than twenty-one (21) days ~~before the close of~~

-2-

1  before the expiration of the subject deadlines.  LR 26-3
2  ~~discovery.   The motions or stipulations shall be filed by April 18, 2022.~~

3  7.   **Fed.R.Civ.P. 26(a)(3) Disclosures**: Disclosures
4  required by Fed.R.Civ.P. 26(a)(3) and objection thereto
5  shall be included in the pretrial order.

6  8.   **Alternative Dispute Resolution**: In compliance with LR
7  26-7(b)(7), the Parties certify that they have met and
8  conferred about the possibility of using alternative
9  dispute-resolution processes including mediation,
10  arbitration and the Early Neutral Evaluation ("ENE")
11  process.  This matter is currently designated as a
12  mandatory ENE case.

13  10.  **Trial Alternative**: The Parties certify that they have
14  met and considered a trial by a magistrate judge
15  pursuant to 28 U.S.C. §636(c) and Fed. R. Civ. P. 73
16  and the use of the Court's Short Trial Program.  At
17  this time, Plaintiff filed a jury demand in state court
18  prior to removal and will not waive that right, and
19  will not agree to the Short Trial Program.  A final
20  decision regarding possible trial by the Magistrate
21  Judge has not been made at this time.  The Parties
22  believe they will present evidence in electronic format
23  to jurors for the purpose of jury deliberations.

24  **FED.R.CIV.P. 26(f) INFORMATION**

25  11.  No changes shall be made to the form or requirement of
26  disclosures under Fed. R. Civ. P. 26(a)(1)(A).  The
27  Parties shall exchange initial disclosures required by
28  Fed. R. Civ. P. 26(a)(1)(C) on or before November 29,

-3-

1       2021.
2   12. Electronically stored information shall be preserved by
3       both Parties, and shall be produced in the form which
4       ensures that it is accessible and searchable.
5   13. The parties agree to conduct discovery according to
6       the above schedule.  Discovery shall not be conducted
7       in specified phases.

Dated: November 9, 2021                 Respectfully submitted,

Law Office of Mary F. Chapman,          Ogletree, Deakins, Nash, Smoak
Ltd.                                    & Stewart, P.C.

By: /S/ Mary F. Chapman                 By: /S/ Noel M. Hicks
    Mary F. Chapman, Esq.                   Anthony L. Martin, Esq.
    8440 W. Lake Mead Blvd.                 Noel M. Hicks, Esq.
    Suite 203                               3800 Howard Hughes Parkway
    Las Vegas, Nevada 89128                 Suite 1500
                                            Las Vegas, NV 89169
    Attorney for Plaintiff
                                            *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED this 9th day of November, 2021.


_____
UNITED STATES MAGISTRATE JUDGE

- 4 -