ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
NOEL M. HICKS
Nevada Bar No. 13893
noel.hicks@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Wellpath, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Sarah Latham,<br><br>                Plaintiff,<br><br>    vs.<br><br>Wellpath, LLC fka Correct Care Solutions, LLC, a Foreign Limited Liability Company, licensed to do business in Nevada,<br><br>                Defendant. | Case No.:  2:21-cv-01434-GMN-VCF<br><br>**JOINT STIPULATION TO VACATE THE ENE**<br><br>**(First Request)** |

Defendant, Wellpath, LLC ("Defendant") and Plaintiff Sarah Latham, by and through their undersigned counsel of record, hereby request the Court vacate the schedule ENE Conference as the Parties have reached a settlement in this case.  The Parties are in process of finalizing the settlement documents and anticipate the dismissal of this action within sixty (60) days.

/ / /

/ / /

/ / /

/ / /

/ / /

1    This stipulation is made in good faith, not for purposes of undue delay or burden. No

2    parties are prejudiced by this stipulation.

3

4    Dated this 3rd day of February 2022.          Dated this _3rd day of February 2022.

5    LAW OFFICE OF MARY F. CHAPMAN,               OGLETREE, DEAKINS, NASH, SMOAK &
     LTD.                                          STEWART, P.C.

6
                                                   By: __Noel M. Hicks
7    By: __Mary F Chapman                          Anthony L. Martin
     Mary F. Chapman, Esq.                         Noel M. Hicks
8    8440 W. Lake Mead Blvd.                       3800 Howard Hughes Parkway
     Suite 203                                     Suite 1500
9    Las Vegas, NV 89128                           Las Vegas, NV 89169
                                                   (702) 369-6800
10
     *Attorneys for Plaintiff*                     *Attorneys for Defendant*
11

12

13                              **ORDER**

14

15          IT IS SO ORDERED.

16

17

18   _____  February 8, 2022
     Magistrate Judge                        _____
19                                                DATE

20

21

22

23

24

25

26

27

28