Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223
(702)202-2003
maryf.chapman@juno.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH LATHAM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-01434-GMN-VCF |
| WELLPATH, LLC, fka Correct Care Solutions, LLC, a Foreign Limited Liability Company, licensed to do business in Nevada, | ) JOINT STIPULATION TO DISMISS WITH PREJUDICE |
| Defendant. | ) |

Plaintiff Sarah Latham and Defendant Wellpath, LLC, by and through their counsels of record hereby stipulate to dismiss of all claims with prejudice. Each party will bear their own attorney's fees and costs.

Respectfully submitted,

Dated this 25th day of March 2022

LAW OFFICE OF MARY F. CHAPMAN, LTD.
By: /S/ Mary F. Chapman
Mary F. Chapman, Esq.
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, NV 89128
*Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /S/ Noel M. Hicks
  Anthony L. Martin
  Noel M. Hicks
  3800 Howard Hughes Parkway
  Suite 1500
  Las Vegas, NV 89169
  (702) 369-6800

*Attorneys for Defendant*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Defendant's [15] Partial Motion to Dismiss is **DENIED as moot**.

Dated this __28__ day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 2 -